IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONALD DALE PENCE,                                                        ORDER

                          Petitioner,

                                                           09-cv-489-slc[1]

      v.

CAROL HOLINKA, Warden,

                          Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Petitioner's second motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) (and third motion for reconsideration), dkt. #14, is DENIED. Plaintiff's discovery of Strong v. Schultz, 599 F. Supp. 2d 556 (D.N.J. 2009), is not grounds for relief under Rule 60(b).

Entered this 17th day of December, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

---

[1] Because this case was resolved before the parties consented to the magistrate judge's jurisdiction, I am assuming jurisdiction over the case for the purpose of this order.

1